**Savino BRAXTON, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 02–6815.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 15, 2002.

Decided Nov. 7, 2002.

612

Savino Braxton, Appellant Pro Se.

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Savino Braxton appeals the district court's order denying his petition for a writ of mandamus. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Braxton's motion for leave to proceed in forma pauperis and affirm on the reasoning of the district court. *Braxton v. United States*, No. CA–02–1197–JFM (D.Md. May 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*